UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL F. BORDEN,

    Petitioner,

      v.

EDWARD BORLA, et al.,

    Respondents.

Case No. 25-cv-09811-EKL

**ORDER OF TRANSFER**

Re:  ECF Nos. 5, 8, 12

Petitioner Daniel F. Borden, a state prisoner, filed the instant *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and motions to proceed in forma pauperis, for the appointment of counsel, and for relief from a trial court's judgment.  *See* ECF Nos. 1, 5, 8, 12.  Per Borden's attached declaration, *see* ECF No. 2, the conviction he is challenging arose in Sacramento County, which is located in the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Venue is therefore appropriate in that district.  28 U.S.C. § 2241(d).  In the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk is requested to transfer the matter, terminate all pending motions on this Court's docket, and close the file.

    **IT IS SO ORDERED.**

Dated: May 27, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California