UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL F. BORDEN,<br>Petitioner,<br>v.<br>EDWARD BORLA, et al.,<br>Respondents. | No. 2:26-cv-2031-TLN-CSK<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the Northern District of California. (ECF No. 6.) The case was transferred to this Court, and the matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF Nos. 13, 14.)

On August 17, 2026, the magistrate judge filed findings and recommendations which were served on Petitioner and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 20.) Petitioner filed objections to the findings and recommendations. (ECF Nos. 21, 23.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are ADOPTED in full;
2. Petitioner's motions for relief from judgment (ECF Nos. 12, 16) are denied;
3. This action is summarily dismissed without prejudice; and
4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

DATE: November 9, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE